John Robertelli, Esq.
Gene Y. Kang, Esq.
Barry I. Levy, Esq. (admitted *pro hac vice*)
Max Gershenoff, Esq. (admitted *pro hac vice*)
Steven T. Henesy, Esq. (admitted *pro hac vice*)
RIVKIN RADLER LLP
21 Main Street, Suite 158
Court Plaza South, West Wing
Hackensack, New Jersey 07601
(201) 287-2460
*Attorneys for Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company and GEICO Casualty Co.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE CO., GEICO INDEMNITY CO., GEICO GENERAL INSURANCE COMPANY and GEICO CASUALTY CO.,<br><br>Plaintiffs,<br><br>-against-<br><br>KESNOLD BAPTISTE, D.C., 21st CENTURY TOTAL HEALTH CLINIC, P.C., f/k/a 21st CENTURY TOTAL HEALTH CLINIC, INC., ATA CHAUDHRY a/k/a DANNY CHAUDHRY, SADIA CHAUDHRY, and HUDSON RADIOLOGY CENTER OF NJ CORP. a/k/a MRNJ RADIOLOGY CENTER a/k/a NORTH JERSEY RADIOLOGY CENTER,<br><br>Defendants. | Civil Action No.: 2:18-cv-10396 (JLL) (CLW)<br><br>**ORDER GRANTING DEFAULT JUDGMENT** |

This matter come before the Court by way of Plaintiffs Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company's (collectively, "Plaintiffs" or "GEICO") motion for entry of default judgment against Defendants Ata Chaudhry a/k/a Danny Chaudhry ("A. Chaudhry"), Sadia

Chaudhry ("S. Chaudhry") and Hudson Radiology Center of NJ Corp. a/k/a MRNJ Radiology Center a/k/a North Jersey Radiology Center ("Hudson Radiology") (collectively, the "Defaulting Defendants") under Federal Rules of Civil Procedure 55(b)(2). This Court, upon review of the record, makes the following findings:

On July 30, 2018, the Clerk of Court entered defaults against the Defaulting Defendants for their failure to answer or otherwise respond to the Complaint.

The Defaulting Defendants are not minors, incompetent persons, or current members of the military service.

### I. Ata Chaudhry, Sadia Chaudhry and Hudson Radiology

Plaintiffs have established that the Defaulting Defendants are liable to Plaintiffs for damages in the amount of $952,853.29 based on the fraudulent billing submitted or caused to be submitted through Hudson Radiology for purported magnetic resonance imaging ("MRI") and radiography ("X-ray") services, together with treble damages under the New Jersey Insurance Fraud Prevention Act resulting in total damages of $2,858,559.87.

**THEREFORE, IT IS** on this 13th day of November, 2018

**ORDERED** that Plaintiffs' Motion for Default Judgement is hereby GRANTED;

**IT IS FURTHER ORDERED** that Judgment is hereby entered against A. Chaudhry and in favor of Plaintiffs in the amount of $2,858,559.87;

**IT IS FURTHER ORDERED** that Judgment is hereby entered against S. Chaudhry and in favor of Plaintiffs in the amount of $2,858,559.87;

**IT IS FURTHER ORDERED** that Judgment is hereby entered against Hudson Radiology and in favor of Plaintiffs in the amount of $2,858,559.87; and,

**IT IS FURTHER ORDERED** that this judgment shall bear interest at the judgment rate from the date of entry until paid.

                                                    _____
                                                    HON. JOSE L. LINARES, U.S.D.J.